UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SOS MOBILE MEDICAL CARE,**
**LLC**, a Florida Limited Liability
Company,

    Plaintiff,

v.   Case No: 8:25-cv-03422-WFJ-CPT

**JASON GULLEDGE**,
an Individual,

    Defendant.
_____

## ORDER

Before the Court is Plaintiff SOS Mobile Medical Care, LLC's ("SMMC") Motion for Temporary Restraining Order and Preliminary Injunction. Dkt. 4. The Court has granted Plaintiff's motion as to the temporary restraining order. Dkt. 6. This Order follows and grants Plaintiff's motion as to the preliminary injunction.

On December 15, 2025, Plaintiff filed its Complaint along with the instant motion. Dkts. 1, 4. Upon careful consideration of the Complaint and evidence provided, the Court granted *ex parte* injunctive relief on December 16, 2025. Dkt. 6. Plaintiff properly served Defendant Jason Gulledge on December 19, 2025. Dkt. 9. Defendant, however, has not taken any action nor appeared in this matter.

The Court set a hearing on the TRO, which was rescheduled to January 6, 2026. Defendant failed to appear, and the Court orally ruled that the TRO would be

1

converted into a preliminary injunction, with a formal written order to follow. Dkts. 7, 10, 11, 13.

As set forth in the Court's order granting the TRO, Dkt. 6, the Court finds that all factors necessary for the issuance of a preliminary injunction still weigh in Plaintiff's favor. *See Schiavo ex rel. Schindler v. Schiavo*, 403 F.3d 1223, 1225–26 (11th Cir. 2005) (holding that the standard to obtain a preliminary injunction is the same as to obtain a temporary restraining order).

Accordingly, it is hereby **ORDERED** and **ADJUDGED**:

1. Plaintiff SOS Mobile Medical Care, LLC's Motion for Temporary Restraining Order and Preliminary Injunction, Dkt. 4, is **GRANTED**.

    a. The Temporary Restraining Order, Dkt. 6, is **CONVERTED** into a preliminary injunction and remains in effect until further ordered.

    b. Defendant Jason Gulledge remains **ENJOINED**, as detailed in the Temporary Restraining Order. Dkt. 6.

2. Plaintiff is **DIRECTED** to maintain its previously posted bond of $10,000 until further ordered by the Court.

**DONE AND ORDERED** in Tampa, Florida, on January 7, 2026.

/s/ William F. Jung
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record